EDWARD H. KUBO, JR.    #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON    #4532
Chief, Violent Crimes

WES REBER PORTER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:    wes.porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 2 9 2003

at __ o'clock and __ min. __ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO.   02-00382 SOM |
| Plaintiff, ) | **SUPERCEDING INDICTMENT** |
| vs. ) | |
| JAMES C. KUPUKAA, ) | [26 U.S.C. §§ 5845(a) & |
| Defendant. ) | 5861(d)] |

SUPERCEDING INDICTMENT
(26 U.S.C. §§ 5845(a) & 5861(d))

The Grand Jury charges that:

On or about June 15, 2002, in the District of Hawaii, defendant, JAMES C. KUPUKAA, did knowingly receive and possess a shotgun with a barrel length less than eighteen inches, to wit: an Iver Johnson's Champion .20 gauge shotgun bearing the Serial

//

Number 62975C, which was not registered to him in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5845(a) and 5861(d).

DATED: October 29, 2003 at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD JOHNSON
Assistant U.S. Attorney

_____
WES REBER PORTER
Assistant U.S. Attorney

United States v. JAMES KUPUKAA
Cr. No.
"SUPERCEDING INDICTMENT"